Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of __Arizona_____
                                  (State)
Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  FPGH, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  27 – 0160997

4. **Debtor's address**

   **Principal place of business**

   _7755 E. Redfield Road, #100_____
   Number    Street

   _____

   _Scottsdale, AZ 85260_____
   City                    State    ZIP Code

   _Maricopa_____
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City                    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City                    State    ZIP Code

5. **Debtor's website** (URL)  www.firedpie.com

Debtor   FPGH, LLC  
　　　　　Name

Case number (if known) _____

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ☐ Partnership (excluding LLP) |
|   |   | ☐ Other. Specify: _____ |

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_7_  _2_  _2_  _5_

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

　☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☒ No |
|---|---|---|
|   | If more than 2 cases, attach a separate list. | ☐ Yes. District _____ When _____ Case number _____ |
|   |   | 　　　　　　　　　　　　　　　　MM / DD / YYYY |
|   |   | District _____ When _____ Case number _____ |
|   |   | 　　　　　　　　　　　　　　　　MM / DD / YYYY |

Debtor    FPGH, LLC                                                              Case number *(if known)*_____
                Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br>List all cases. If more than 1, attach a separate list. | ☐ No <br> ☒ Yes.   Debtor   See attached Schedule 1.     Relationship _____ <br>            District _____     When _____ <br>                                                                MM / DD / YYYY <br>            Case number, if known _____ |
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* <br><br> ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** *(Check all that apply.)* <br><br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>      What is the hazard? _____ <br><br> ☐ It needs to be physically secured or protected from the weather. <br><br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br><br> ☐ Other _____ <br><br> **Where is the property?**_____ <br>                      Number       Street <br>                      _____ <br>                      _____     _____ _____ <br>                      City                                   State ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>            Contact name     _____ <br>            Phone                _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* <br> ☒ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49            ☐ 1,000-5,000            ☐ 25,001-50,000 <br> ☐ 50-99            ☐ 5,001-10,000            ☐ 50,001-100,000 <br> ☐ 100-199       ☐ 10,001-25,000         ☐ More than 100,000 <br> ☐ 200-999 |

| Debtor | FPGH, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 15. Estimated assets

- [X] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### 16. Estimated liabilities

- [X] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/13/2024
MM / DD / YYYY

X __/s/ Douglas Doyle_____     _Doug Doyle_____
Signature of authorized representative of debtor     Printed name

Title __Owner_____

### 18. Signature of attorney

X __/s/ Andrew A. Harnisch_____     Date  11/13/2024_____
Signature of attorney for debtor                              MM / DD / YYYY

_Andrew A. Harnisch_____
Printed name

_May Potenza Baran & Gillespie, P.C._____
Firm name

_1850 N. Central Ave., Suite 1600_____
Number    Street

_Phoenix_____  _AZ_____  _85004_____
City                                                            State           ZIP Code

_(602) 252-1900_____     _aharnisch@maypotenza.com_____
Contact phone                                          _ Email address

_024957_____     _AZ_____
Bar number                                                           State

# Schedule 1

## Pending or Concurrent Bankruptcy Cases Filed by Affiliates

On November 13, 2024, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States code in the United States Bankruptcy Court for the District of Arizona. A motion has been filed with the Court request that the chapter 11 cases of these entities be jointly administered.

| Entity Name | Federal Employer Identification Number (EIN)[1] |
|---|---|
| NWFI, LLC | 27-0160997 |
| FPAT, LLC | 27-0160997 |
| FPDV, LLC | 27-0160997 |
| FPGH, LLC | 27-0160997 |
| FPMV, LLC | 27-0160997 |
| FPOT, LLC | 27-0160997 |
| FPPC, LLC | 46-3132604 |
| FPRT, LLC | 46-3518199 |
| FPRW, LLC | 27-0160997 |
| FPTO, LLC | 27-0160997 |

---

[1] FPAT, LLC; FPD, LLC; FPGH, LLC; FPMV, LLC; FPOT, LLC; FPRW, LLC; and FPTO, LLC, have all filed with the Internal Revenue Service Form 1122, Authorization and Consent of Subsidiary Corporation to be Included in a Consolidated Tax Return, in order to file a consolidated tax return with each entities parent corporate, NWFI, LLC. As such, those entities EIN for tax purposes is identical that of the EIN for NWFI, LLC.